AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Apr 5 2018
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

**USA**

vs.

**(1) ERIC ALEJANDRO FUNEZ-VELASQUEZ**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:18-M -02122(1)**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 03, 2018** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, departed the United States while an order of exclusion, deportation, or removal was outstanding, thereafter, entered, attempt to enter, or was found in the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Eric Alejandro FUNEZ-Vasquez, an alien to the United States and a citizen of Honduras was found in the United States on April 5, 2018 in Tornillo, Texas in the Western District of Texas. From "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Jacobo, Raul
Border Patrol Agent

April 5, 2018
File Date

at EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**WESTERN DISTRICT OF TEXAS**

**(1) ERIC ALEJANDRO FUNEZ-VELASQUEZ**

<u>FACTS   (CONTINUED)</u>

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Honduras, without immigration documents allowing him to be or remain in the United States legally. DEFENDANT has been previously ordered removed from the United States to Honduras on January 15, 2015 in Los Angeles, CA. The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

On April 3, 2018 at approximately 9:30 P.M., Border Patrol Agent Michael Rangel, while operating a night vision camera observed two individuals walking north bound through an area known as Martinez Compound, which is located approximately 1 mile west of the Tornillo, Texas Port of Entry, near Tornillo, Texas. Border Patrol Agent Martin Santos responded to the location and found eight individuals concealing themselves inside the irrigated field. Agent Santos approached the individuals, identified himself as a Border Patrol Agent, and questioned the individuals, to include the DEFENDANT later identified as Eric Alejandro, FUNEZ-Velazquez, as to their citizenship and immigration status. The DEFENDANT admitted to being a citizen of Honduras. The DEFENDAT admitted to having entered the United States illegally and not being in possession of any immigration documents. After a brief field interview it was determined that the DEFENDANT was not in possession of any immigration documents allowing him to enter, be or remain in the United States legally. The DEFENDANT was placed under arrest and transported to the Clint, Texas Border Patrol Station. The DEFENDANT was entered into the e3/IDENT/NGI. The system identified the DEFENDANT and revealed positive immigration and positive criminal history. The DEFENDANT was advised of his rights via form I-214 in the Spanish language which he acknowledged he understood by signing the form. The DEFENDANT agreed to provide a sworn statement without an attorney present and admitted to entering the United States illegally. Further immigration records checks revealed that the DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

<u>IMMIGRATION HISTORY:</u>

The DEFENDANT has been previously ordered removed from the United States to Honduras on January 15, 2015 in Los Angeles, CA.

<u>CRIMINAL HISTORY:</u>

On March 14, 2012, in Brackettville, TX., the DEFENDANT was Convicted of Illegal Entry (M) and sentenced on March 16, 2012 to 10 Days Confinement.