JUDGE PHILIP MARTINEZ

FILED
2018 MAY -2 PM 3: 59

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-18-CR- |
| Plaintiff, | § § § | **INDICTMENT** |
| v. | § § | |
| ERIC ALEJANDRO FUNEZ-VELASQUEZ, | § § § | CT 1: 8 USC § 1325(a)(1) - Improper Entry by Alien (Felony). |
| Defendant. | § § | |

EP18CR1141

THE GRAND JURY CHARGES:

## COUNT ONE
(8 U.S.C. 1325(a)(1))

That on or about April 3, 2018, in the Western District of Texas, Defendant,

**ERIC ALEJANDRO FUNEZ-VELASQUEZ,**

an alien, knowingly and willfully entered the United States at a time and place not designated as a port of entry by immigration officers, Defendant previously having committed the same offense, to wit: on or about March 16, 2012 the Defendant was convicted of the offense of Improper Entry by an Alien under Cause Number DR:12-M-02805(1)-VRG, filed in the United States District Court for the Western District of Texas, El Paso Division, all in violation of Title 8, United States Code, Section 1325(a)(1).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney